## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
500 NORTH STATE LINE AVENUE, ROOM 302
TEXARKANA , ARKANSAS  71854
(870) 773-3381      FAX (870) 772-4802

CHRISTOPHER R. JOHNSON
CLERK

**TEXARKANA DIVISION**

101 S. JACKSON, ROOM 205
EL DORADO, ARKANSAS 71730

30 S. 6TH STREET, ROOM 1038
FORT SMITH, ARKANSAS 72901

May 31, 2012

35 E. MOUNTAIN, ROOM 510
FAYETTEVILLE, ARKANSAS 72701

100 RESERVE STREET, ROOM 347
HOT SPRINGS, ARKANSAS 71901

Clerk of Court
Miller County Circuit Court
412 Laurel, Room 109
Texarkana, AR 71854

Re: Joe Neal Oliver vs. Mona Vie, Inc., et al
    Texarkana Division Case No. 11-4125
    Miller County Circuit Court Case No. CV2010-644-1

Dear Clerk:

Enclosed please find a certified copy of Judge Hickey's remand order filed May 31, 2012, in the above referenced case.  Under the Class Action Fairness Act of 2005, 28:1453(c)(1), this remand order is appealable within ten days of entry of the order on the docket.  If the order is appealed, the case will be retained in our office until the appellate court has rendered its decision.

If you have any questions, please contact me at 870-773-3381.

Yours truly,

CHRISTOPHER R. JOHNSON, CLERK

BY: /s/ Charlotte Powell
     Deputy Clerk

cc: All Counsel