# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 11, 2012

Mr. Darby Vincent Doan
HALTOM & DOAN
6500 Summerhill Road
Suite 100
Texarkana, TX  75503

RE:  12-8013  Mona Vie, et al v. Joe Oliver

Dear Counsel:

A petition for permission to appeal has been filed under the caption and miscellaneous case number shown above.

**Counsel for the respondent is directed to file a response to this application within 10 days from service of the petition.**

Upon receipt of the response, the matter will be submitted to the court for a ruling. All counsel will be advised of the court's decision. No briefing schedule will be established unless the court grants the petition.

The Clerk of the United States District Court is being notified of the filing of the petition. If the petition is granted, petitioner must pay the district court all required fees. Please refer to Federal Rule of Appellate Procedure 5 and the applicable statutory sections for further guidance and information.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register

with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

                              Michael E. Gans
                              Clerk of Court

JMH

Enclosures

cc:    Mr. Michael D. Barnes
       Mr. John Clinton Goodson
       Honorable Susan O. Hickey
       Mr. Brian C. Johnson
       Mr. Christopher R. Johnson
       Mr. George Louis McWilliams
       Mr. Brad E. Seidel

           District Court Case Number:   4:11-cv-04125-SOH

**Caption For Case Number:   12-8013**

Joe Neal Oliver, an individual, Individually and as Class Representative on Behalf of All Similarly Situated Persons

       Respondent

v.

Mona Vie, INC. , a Utah Corporation; Mona Vie, LLC a Delaware limited liability Company

       Petitioners

**Addresses For Case Participants:   12-8013**

Mr. Darby Vincent Doan
HALTOM & DOAN
6500 Summerhill Road
Suite 100
Texarkana, TX  75503

Mr. Michael D. Barnes
WRIGHT & LINDSEY
200 W. Capitol Avenue
Suite 2300
Little Rock, AR  72201-3699

Mr. John Clinton Goodson
KEIL & GOODSON
406 Walnut Street
Texarkana, AR  71854

Honorable Susan O. Hickey
U.S. DISTRICT COURT
Room 219
101 S. Jackson Avenue
U.S. Post Office & Courthouse
El Dorado, AR  71730-0000

Mr. Brian C. Johnson
STRONG & HANNI
3 Triad Center
Salt Lake City, UT  84108

Mr. George Louis McWilliams
Law Office of George L. McWilliams, P.C.
406 Walnut
Texarkana, AR 71854

Mr. Brad E. Seidel
NIX & PATTERSON
3600 N. Capital of Texas Highway
Bldg. B, Suite 350
Austin, TX  78746

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
500 N. State Line Avenue
Room 302
Texarkana, AR  71854-5961