# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-8013

Joe Neal Oliver, an individual, Individually and as Class Representative on Behalf of All Similarly Situated Persons

Respondent

v.

Mona Vie, INC. , a Utah Corporation and Mona Vie, LLC a Delaware limited liability Company

Petitioners

_____

Appeal from U.S. District Court for the Western District of Arkansas - Texarkana
(4:11-cv-04125-SOH)
_____

**MANDATE**

In accordance with the judgment of 06/29/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 29, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit